IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL LEWIS BUTLER,
ADC #500230                                                                                    PLAINTIFF

v.                                           2:07CV00128HDY

LARRY NORRIS, et al.                                                                    DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motion to intervene (DE #49), which this Court construes as a motion for preliminary injunctive relief. Accordingly,

IT IS, THEREFORE, ORDERED that defendants shall file a response to plaintiff's motion for preliminary injunctive relief within ten (10) days of the date of this Order.

IT IS SO ORDERED this __25__ day of February, 2008.

_____
United States Magistrate Judge