# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MICHAEL LEWIS BUTLER,                                                              PLAINTIFF
ADC #500230

v.                              No. 2:07CV00128 JLH/HDY

LARRY NORRIS, *et al.*                                                             DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's case is ready to be set for trial, and that counsel be appointed for plaintiff by separate order.

Michael Lewis Butler filed a Document #85, which was docketed as an objection to the report and recommendation but which is not. Butler appears to be requesting a protective order regarding his medical records and copies of evidence submitted at the evidentiary hearing. The Clerk is directed to correct the docket entry for Document #85 to show that it is a motion for miscellaneous relief. The Court refers that motion to Magistrate Judge H. David Young for disposition.

IT IS SO ORDERED this 23d day of May, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE