IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL LEWIS BUTLER,
ADC #500230                                                                                    PLAINTIFF

v.                                          2:07CV00128HLJ

LARRY NORRIS, et al.                                                                DEFENDANTS

### ORDER

By Order dated July 23, 2009, this Court granted plaintiff's motion to amend and directed the issuance of summons and service of plaintiff's amended complaint on defendants Kathy Stewart and Mary Willis.  Summons was returned, unexecuted, with respect to defendant Kathy Stewart on July 31, 2009 (DE #143).   Included with the return and filed under seal is a memo from defendants containing defendant Stewart's last-known address.  Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Kathy Stewart, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 133-2) on defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that upon re-issuance of the complaint and summons, the United States Marshal is hereby directed to send plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to plaintiff.

IT IS SO ORDERED this 21st day of August, 2009.

_____
United States Magistrate Judge

1