IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**MICHAEL LEWIS BUTLER**                                                                                    **PLAINTIFF**

v.                            Case No. 2:07CV00128 BSM

**LARRY NORRIS, Director Arkansas**
**Department of Correction, et al.**                                                                   **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiff Michael Lewis Butler, by and through his attorney, Clinton D. McGue, has informed the court that the dispute between the parties has been resolved through settlement and that dismissal with prejudice is appropriate.

Accordingly, the complaint is dismissed with prejudice. The court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 14th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE