FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 10 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RECEIVED
IN THE CHAMBERS OF
U.S. DISTRICT COURT JUDGE
BRIAN S. MILLER
NOV 06 2009

Judge Brian S. Miller                                    11-1-09

Sir                                                 2:07CV128

I have written several letters to my Appointed Counsel Clinton D. McGue in regards to serious concerns about a settlement agreement I signed on his advice. He has refused to not only acknowlege these concerns but has failed to even respond. He has also ignored phone calls expressing these concerns from my family.

There were verbal assurances of these concerns on the day of signing yet the actual wording does not reflect those assurances. And upon further investigation, no one can confirm them. One of those assurances was that my Attorney would retain the signed settlement agreement until I was satisfied. These documents can't be even verified until atleast 2 weeks after November 16, 2009. So these settlement papers have not been implemented yet. So I've tried to contact my Attorney to get the wording changed to reflect the verbal assurances he and Defense Counsel Renae Hudson gave me. But he won't answer. This leaves me to only conclude he fully intends to submit these documents regardless of my wishes. Also planning to ignore all my letters, phone calls, etc. until after my

parole hearing when it may be too late for me to object. See the basic agreement is for the parole board to remove a stipulation for a program (R.S.V.P.) which would make me eligible to go home. It's the only thing that has kept me in prison since 2005. But I asked both Mr. McGue and Renae Hudson, what was there to stop the parole board from simply replacing the R.S.V.P. stipulation with yet another one? One that results in the same outcome, that being, holding me in prison. They both told me the same thing. That Ms Hudson has spoken on the phone with them and had told her that would not happen. So when a couple of other things they assured me of did not happen, I began to be concerned about the whole agreement. Especially when no one at the Parole board could or would confirm any such agreement with either Mr. McGue or Ms Hudson.

So my attorney's refusal to acknowlege these concerns makes me ~~belif~~ believe he was very aware of this from the begining. I have specifically asked him to get the wording changed to reflect the actual deal. Then after no response I finally told him I'm not interested in this settlement as written. My family has also told his office the same.

Please order Mr. Mcgue to meet with me before the Nov. 16th parole hearing.

As of this letter he, nor Mr. Hudson have my permission to submit the settlement papers with the date of 9-9-09.

Also the Court Clerk sends all papers now to Mr. Mcgue and I never get copies from him for anything. There was an Oct 13 trial date, Change of Judges, etc. I never know whats going on.

Please ask the Clerk to send me copies of all future documents.

Thank you

Respectfully Submitted on
11-1-09

Case # 2:07CV00128BSM

Michael Butler
500230
P.O. Box 400
Grady Ar, 71644