IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL LEWIS BUTLER,
ADC #500230                                                                                    PLAINTIFF

v.                                    2:07CV00128BSM/HLJ

LARRY NORRIS, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff has filed a letter in this action (DE #163), which this Court construes as a pro se motion to vacate the settlement agreement and set aside the September 14, 2009 dismissal of this action. Defendants shall file a response to plaintiff's letter/motion within ten days of the date of this Order.

IT IS SO ORDERED this 19th day of November, 2009.

_____
United States Magistrate Judge