**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

**MICHAEL LEWIS BUTLER**                                 **PLAINTIFF**

v.                  **Case No. 2:07CV00128 BSM**

**LARRY NORRIS, Director Arkansas
Department of Correction, et al.**                             **DEFENDANTS**

**ORDER**

Clinton D. McGue, the attorney for plaintiff Michael Lewis Butler in the above captioned case, requests $1,439.25 in reimbursement for out-of-pocket expenses. McGue, however, fails to provide sufficient "detailed itemization" for a determination of the reasonableness of the expenses. *See* Exhibit A, Local Rule 83.6. For example, McGue claims $589.60 for "travel expenses" citing "4 trips from Cabot to Varner and 1 trip from Cabot to Pine Bluff to meet with Plaintiff, 1 trip from Cabot to Little Rock to meet with Assistant AG." McGue provides no mileage or rate at which reimbursement for mileage was calculated. Similarly, McGue lists $214.30 for "Postage, Photocopies, Telephone Toll Calls, etc. (September 2008 - September 2009)" without any itemization, *i.e.* the rate at which photocopies are billed.

McGue is directed to supplement his request before December 15, 2009. McGue is further directed to file a proposed order as set forth in Exhibit B to Local Rule 83.6 by e-mail in Rich Text or WordPerfect format to bsmchambers@ared.uscourts.gov on or before December 15, 2009. Failure to comply with this order will result in denial of the motion. Additionally, McGue should take notice of the requirement that "[b]efore an attorney

expends an amount above $500, for which that attorney intends to seek reimbursement from the fund, written approval must be obtained from a District Court Judge or a Magistrate Judge." *See* Exhibit A, Local Rule 83.6.

Accordingly, Clinton McGue is directed to file a supplement to his motion for reimbursement of out-of-pocket expenses and provide the court with a proposed order on or before December 15, 2009.

IT IS SO ORDERED this 3rd day of December, 2009.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE