

Director's Office
P.O. Box 8707
Pine Bluff, Arkansas 71611-8707
Phone: (870) 267-6200
Fax: (870) 267-6244
www.arkansas.gov/doc

*honor and integrity in public service*

## Arkansas Department of Correction

October 15, 2009

Leroy Brownlee Chairman,
Arkansas Board of Parole
105 West Capitol Ste. 500
Little Rock, AR 72201

RE:   Michael Butler ADC #500230
      v.
      Larry Norris, 2:07 CV 128 JLH/HLJ

Dear Mr. Brownlee,

   Pursuant to a Settlement Agreement and Release executed with reference to the above-styled cause, The Arkansas Department of Correction requests that you consider removing the completion of the Reduction of Sexual Victimization Program from the terms and conditions of Michael Butler's parole eligibility.

Sincerely,

Larry Norris, Director ADC

xc:  Renae Hudson, Asst. Attorney General
     Clinton D. McGue, Attorney at Law