**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**MICHAEL L. BUTLER,**
**ADC #500230**                                                                                          **PLAINTIFF**

v.                              Case No. 2:07CV00128 BSM/HLJ

**LARRY NORRIS, et al.**                                                                          **DEFENDANTS**

## ORDER

Pending before the court is the application of November 19, 2009, by McGue Law Firm, Clinton D. McGue, for the reimbursement of out-of-pocket expenses. Having considered the application pursuant to the guidelines and policies of the library fund, the court orders that the Clerk of the Court disburse money from the library fund, in the amount of one thousand four hundred thirty nine dollars and twenty five cents ($1,439.25) and distribute it to the named applicant. A copy of this order, together with the application, shall be placed in the library fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 15th day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE