IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL LEWIS BUTLER,
ADC #500230                                                                    PLAINTIFF

VS.                       CASE NO.2:07CV00128BSM-HLJ

LARRY NORRIS, et al.                                                      DEFENDANTS

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. were submitted on December 9, 2009 (Doc. No. 176). There have been no objections. After review, the proposed findings and recommendations are adopted in their entirety.

Accordingly, the motion to vacate dismissal of this action (Doc. No. 159) is denied as moot. Further, the motion and amended motion to withdraw as plaintiff's attorney, filed by attorney Clinton McGue (Doc. Nos. 161, 162), are granted. Further, plaintiff's *pro se* motion to vacate the settlement agreement (Doc. No. 163) is denied.

IT IS SO ORDERED this 11th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE