IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL LEWIS BUTLER,
ADC #500230                                                                                    PLAINTIFF

v.                        CASE NO.2:07CV00128BSM-HLJ

LARRY NORRIS, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to Orders issued September 14, 2009 and January 11, 2010, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE